# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WALTER BERNARD MORTON, JR.,

     *Plaintiff*,

     v.

UNITED STATES PAROLE
COMMISSION, *et al.*,

     *Defendants*.

Civil Action No. 17-1112 (RDM)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Dkt. 24, it is hereby

**ORDERED** that Defendant's Motion to Dismiss or, in the alternative, to Transfer, Dkt. 14, is

**GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's Motion for Summary Judgment, Dkt. 13, is **DENIED**; and it

is further

**ORDERED** that the remainder of Plaintiff's complaint is dismissed on the Court's own

motion for failure to state a claim; and it is further

**ORDERED** that the Clerk of the Court shall terminate this case.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: July 6, 2018